UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-mj-1025-CPT
Charging District Case No. 1:21-mj-08

MATTHEW COUNCIL
_____/

**O R D E R**

Defendant Matthew Council having been arrested in the Tampa Division of the Middle District of Florida on a warrant issued in the District of Columbia and having been released on bond, it is hereby ORDERED that, unless otherwise directed by the United States District Court for the District of Columbia, the Defendant shall appear via videoconference before United States Magistrate Judge G. Michael Harvey on January 21, 2021, at 1:00 p.m.

DONE and ORDERED in Tampa, Florida, this 15th day of January 2021.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record